# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re MONA LISA AT CELEBRATION, LLC,**
**Litigation**

**Case No.  6:08-cv-735-Orl-KRS**
**(Consolidated with:**
        **6:08-cv-00736-KRS**
        **6:08-cv-00737-KRS**
        **6:08-cv-00738-KRS**
        **6:08-cv-00739-KRS**
        **6:08-cv-00902-KRS**
        **6:08-cv-01026-KRS**
        **6:08-cv-01264-KRS**
        **6:08-cv-01332-JA-KRS**
        **6:08-cv-01333-JA-KRS**
        **6:08-cv-01334-JA-KRS**
        **6:08-cv-01335-JA-KRS**
        **6:08-cv-01343-JA-KRS**
        **6:08-cv-01344-JA-KRS**
        **6:08-cv-01345-JA-KRS**
        **6:08-cv-01415-KRS**
        **6:08-cv-01601-JA-KRS**
        **6:08-cv-01617-JA-KRS**
        **6:08-cv-01910-JA-KRS**
        **6:08-cv-01987-JA-KRS)**

_____

# ORDER

This cause came on for consideration without oral argument on review of the file.

Consistent with the Order in related case *O'Sullivan v. Mona Lisa at Celebration, LLC*, No.

6:08-cv-735-Orl-KRS, this case shall be consolidated for pretrial scheduling and discovery

only with the earlier filed *O'Sullivan* case, regardless of whether the parties have consented

to trial before a magistrate judge.  This means that discovery taken in any of the consolidated

cases is available for use in any of the related cases.

Until further order of the Court, all future filings **related to scheduling or discovery, including motions for extension of time**, shall be captioned as demonstrated above and shall reflect the case number(s) to which it pertains in the body of the motion. The movant shall cause such motions to be filed only in the low-numbered case, *O'Sullivan v. Mona Lisa at Celebration, LLC*, No. 6:08-cv-735.  This will permit the parties to file a single motion in the low-numbered case applicable to multiple related cases, rather than separately captioning and docketing identical motions in each related case.  Similarly, the Court may respond with a single order that will be docketed only in the low-numbered case.

All other filings, including **dispositive motions, amended complaints, responses or replies thereto** shall continue to be filed only in the case to which the pleading or paper relates and shall use the standard caption applicable to the case in which the pleading or paper is filed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

-2-